IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMY BOSTIC, et al.,

        Plaintiffs,

vs.                              Civil Action 2:05-CV-192
                                     Judge Watson
                                     Magistrate Judge King

BUTLER TRANSPORT, INC.,
et al.,

        Defendants.

### ORDER

On May 19, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiffs' motion to remand be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The plaintiffs' motion to remand, Doc. No. 4, is **GRANTED**.

                                                                  /s/ Michael H. Watson
                                                                   Michael H. Watson
                                                                   United States District Judge